■ JOAN OLMSTEAD, Appellant, v RICHARD STRACK et al., Respondents.—Order unanimously affirmed, without costs (see, Scollo v Martin, 112 AD2d 762; Dwyer v Tracey, 105 AD2d 476, 478; Nolan v Ford, 100 AD2d 579, affd 64 NY2d 681). (Appeal from order of Supreme Court, Oneida County, Grow, J.—summary judgment.) Present—Doerr, J. P., Denman, Green, Pine and Balio, JJ.